AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF MISSOURI

FILED

NOV - 9 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.

FLOYD BARBER,
KURT WALLACE and JHERRICA DIXON,

*Defendant(s)*

)
)
)
)
)
)
)
)

Case No. 4:17 MJ 341 DDN

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 9 thru October 15, 2017 in the county of City of St. Louis in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2119 and 2 | Carjacking; aiding and abetting a carjacking |
| 18:924(c) | Brandishing a firearm in furtherance of a drug trafficking crime; Discharging a firearm in furtherance of a crime of violence; and |
| 18:924(c) and 2 | aiding and abetting discharging a firearm in furtherance of a drug trafficking crime. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

SLMPD Detective, Katherine Rund

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/09/2017

*Judge's signature*

City and state: St. Louis, Missouri

Honorable David D. Noce, U.S. Magistrate Judge

*Printed name and title*