UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:17 CR 526 RLW (DDN) |
| FLOYD BARBER, JHERRICA DIXON and KURT WALLACE, | ) ) ) ) ) |
| Defendants. | ) |

**UNITED STATES OF AMERICA'S**
**FOURTH NOTICE OF CAPITAL CRIMES REVIEW STATUS**

The United States of America informs this Court that the United States Attorney General continues to consider the capital crimes review committee submission in the above-reference matter.

The United States respectfully requests that it be permitted to provide this Court with an additional status update on or before Monday, August 28, 2018.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ Thomas Rea
THOMAS REA, #53245MO
Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
(314) 539-2200

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Thomas Rea
THOMAS REA