UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17 CR 526 RLW (DDN) |
| ) | |
| FLOYD BARBER, ) | |
| JHERRICA DIXON and ) | |
| KURT WALLACE, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES OF AMERICA'S**
**SIXTH NOTICE OF CAPITAL CRIMES REVIEW STATUS**

The United States of America informs this Court that the an in-person conference with the capital crimes review committee has been requested. Among other things, counsel for the defense will be permitted to provide information to the committee for it and the Attorney General's consideration.

By agreement of the parties, the meeting will be held in Washington, D.C. on Monday, February 4, 2019, beginning at 1:00 p.m. EST.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ Thomas Rea
THOMAS REA, #53245MO
Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
(314) 539-2200

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

/s/ Thomas Rea
THOMAS REA