IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
(ST. LOUIS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:18 CR 00526 RLW ) |
| FLOYD BARBER, | ) ) |
| Defendant. | ) |

### REQUEST TO WITHDRAW

COMES NOW Patrick S. Kilgore, appointed co-counsel in the above entitled cause and respectfully request leave to withdraw due to the fact that he is not undergone the necessary training for death penalty cases thus is not Learned Counsel in the above case.

Respectfully submitted,

_/s/Patrick S. Kilgore_____
PATRICK S. KILGORE, #44150MO
Attorney for Defendant
1015 Locust, Ste. 914
St. Louis, MO 63101
(314) 621-1800/ (314) 621-4222 Fax

### CERTIFICATE OF SERVICE

Signature below is certification that on December 5, 2018, the foregoing was electronically filed with the Clerk of the Court and upon Mr. Thomas Rea, Assistant United States Attorney.