UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 4:17CR00526 RLW (DDN) |
| | ) |
| FLOYD BARBER | ) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE SEALED DOCUMENT**

COMES NOW Defendant Floyd Barber, and respectfully requests leave to file a sealed document for the following reasons:

1. The document contains information of a private and personal character relating to the Defendant, which the undersigned believes should not be made available to the public.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting his leave to file a sealed document, and for such other and further relief that the Court deems just and proper.

Respectfully submitted,

 /s/ Joan K. Miller
Joan K. Miller (#46903MO)
Attorney for F. Barber
1515 N. Warson Road
Suite 249
St. Louis, MO 63132
314-997-7700 Telephone
314-997-7705 Fax
joanmiller@prodigy.net

## **CERTIFICATE OF SERVICE**

    A copy of the foregoing was electronically delivered to the Clerk of Court on this 17th day of May, 2019.

                                                /s/ Joan K. MIller
                                                Joan K. Miller