UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | Cause No. 4:17CR00526 RLW |
| vs. | ) | (DDC) |
| | ) | |
| FLOYD BARBER, | ) | |
|     Defendant. | ) | |

MOTION TO CONTINUE SENTENCING

COMES NOW Defendant, Floyd Barber, by and through his attorneys, and respectfully moves this Court to continue sentencing for 180 days until after April 1, 2020.  Defendant pled guilty to the following:

**Count 3**:  Carjacking

**Count 4**:  Brandishing a Firearm in Furtherance of a Crime of Violence

**Count 9**:  Carjacking

**Count 10**:  Discharging a Firearm in Furtherance of a Crime of Violence

Sentencing is set for November 7, 2019,

1. Counsel for the defendant requests a continuance of Sentencing until after November April 1, 2020.

2. The government consents.

3. The co-defendant is set for April 15, 2020.

4. WHEREFORE Defendant, Floyd Barber, respectfully requests that sentencing be continued until after April 1, 2020.

Respectfully Submitted,

 /s/ David Bruns

_____
David Bruns #38665MO
Attorney for Defendant
225 South Meramec, Suite 1100
Clayton, MO 63105
Phone:  314-832-0202
Fax:     314-269-1042
david@brunspc.com

CERTIFICATE OF SERVICE

   I certify that a true copy of the above was served on the U.S. Attorney's Office via electronic e-mail on the above date.

 /s/ David Bruns

_____