UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | Cause No. 4:17CR00526 RLW |
| | ) |           4:19-CR-00755 |
| vs. | ) | |
| | ) | |
| FLOYD BARBER, | ) | |
|     Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING

COMES NOW Defendant, Floyd Barber, by and through his attorneys, and respectfully moves this Court to continue sentencing for 120 days.

1. The government consents.

WHEREFORE Defendant, Floyd Barber, respectfully requests that sentencing be continued 120 days.

Respectfully Submitted,

 /s/ David Bruns

_____
David Bruns #38665MO
Attorney for Defendant
225 South Meramec, Suite 1100
Clayton, MO 63105
Phone:  314-832-0202
Fax:     314-269-1042
david@brunspc.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the U.S. Attorney's Office via electronic e-mail on the above date.

/s/ David Bruns
_____