My name is Cassie Wallace I am Floyd T Barber Mother he was born Aug 15, 1995 we was living on Wabada ave in ST. Louis Mo as time went on and he was turning 1 yearss old I was involed in a voliet crime to the point I got shot 7 time so Floyd went to stay with his father and ass time went on floyd grew up in a broken home staying home to home with grand parents and my sister so he had it hard so as time went on he became a father then floyd went and got a job and an. a apartment but floyd begin to using drugs and he's kids mother was also so he lost his job and things took a turn for the worst but floyd in my eyes is a great father and kids mother walk away from them and he steped up and was there for them and now I have his kids they live with me because his is away floyd is a good person was never a problem until he got with the wrong people.
I Love floyd and will always support him.

Cassie A Wallace

St. Louis Mo.
Feb 11, 22

To Who it may Concern I am Floyd T Barber Grandmother. Floyd was a good Boy. he was about Fifteen month old when his Mother got shot 6 times. Floyd Lived with his grandfather + grandmother on School days MR & MRS. Barber. and on weekend holiday he was with me Jannett Sykes also summers Floyd always wanted to be with his mom but after she got shot she Could not take care of him her mind was Confused. So Floyd father was mean to him and so he and Floyd was not close. Floyd grand father was a Preacher so Floyd was in Chruch and Sunday school he went through a lots of stupp he always had a big smile and a good. Now the person they talking about Now. I never knew him To do the things that he is accused of. he got mixed up with the wrong Crowed. I really Love my grandson. I pray in Jesus they have mercy on him

Jannett W. Sykes

To Whom It May Concern,

I am writing this letter because I feel compelled to do so on my Nephews behalf.

Growing up Floyd was in a loving yet broken home. Through the years as he got older he was always helpful and a caring person. Floyd stayed with me for a while in high-school. He had great compliments from some of the teachers and staff about his work ethics. Floyd was quiet and didn't talk much at first because he had a bad stutter. I thought he was a bit shy about it. He then was introduced to the studio with my husband. It didn't take long for everyone to see his love of music. I noticed he like to rap and when he did he never stuttered. That to me was amazing.

He introduced me to different music and put me into a more open mind for music and sound. He would sit in my husband's studio for hours, days even writing and listening to music. He would record and fell in love with his sound. I was not at all shocked as how good he was. He also has a great love of animals. He is a great father I know and loves his children more than anything.

He always worried about his mother and about me. He just seems to have fallen into a bad crowd. He was the one to follow to fit in. It was almost like he went looking for a missing piece of himself. I did notice that after Floyd T Barber Sr passed. He loved his grandfather so much. Floyd has a great love for his family. His children love him and need him. Floyd hasn't had the chance to really experience life as a father and I belive that would affect him in a positive way.

I know I'm rambling on, there is just so much I want to say but can't put into words. My thoughts and words come from my heart. I hope this letter helps. I wanna close by saying that we are all human and are prone to human error. It only by learning from our mistakes that we get better.

Thank you for reading and considering my letter. God bless.

Amy Wallace Warren

*[signature: Amy B Wallace-Warren]*

 Gmail                                                                                               Jovon Draggs <donta314@gmail.com>

## To whom this may concern,
1 message

**Pedro Draggs** <paydraggs@gmail.com>                                                          Wed, Feb 23, 2022 at 9:28 PM
To: Donta314@gmail.com

## To whom this may concern,

My name is Jovon Draggs, I am soon to be Floyd barber step father. I remember meeting this young man for the first time, and I must say I was very impressed. He's very mature for his age. He has a good had on his shoulders. I remember he had a nice apartment taking good care of his kids and had a good job before getting laid off. He is very responsible, also he's trying to make better decisions in life. I admit he's have made so mistakes, got mixed up in the wrong crowd, but I know once he's got out me and his mother will be on him to stay out of trouble, but knowing the person he is he's very capable of doing that on his own.

Sent from my iPhone